IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02532-ZLW

RONALD ANDREW HERNDON,

    Plaintiff,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,
CARY SHAMES, Chief Medical Officer,
CORRECTIONS CORPORATION OF AMERICA (CCA),
CORRECTIONAL MEDICAL SERVICES (CMS),
BENT COUNTY CORRECTIONAL FACILITY (BCCF),
CROWLEY COUNTY CORRECTIONAL FACILITY (CCCF),
DEL LE COUNT, Health Services Administrator,
J. G. SUTTON, Medical Doctor, and
DR. NEECE, Medical Doctor,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Plaintiff's request for the Court to excuse any late filings, which he makes in a document titled "Request Excuse for Late Filings" filed on February 9, 2006, is DENIED as moot because this action was dismissed by order filed on February 1, 2005.

Dated: February 13, 2006

Copies of this Minute Order mailed on February 13, 2006, to the following:

Ronald Andrew Herndon
Prisoner No. 57724
CTCF – Infirmary
PO Box 1010
Canon City, CO 81215- 1010

                           Secretary/Deputy Clerk