IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02532-ZLW

RONALD ANDREW HERNDON,

        Plaintiff,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,
CARY SHAMES, Chief Medical Officer,
CORRECTIONS CORPORATION OF AMERICA (CCA),
CORRECTIONAL MEDICAL SERVICES (CMS),
BENT COUNTY CORRECTIONAL FACILITY (CCCF),
DEL LE COUNT, Health Services Administrator,
J.G. SUTTON, Medical Doctor, and
DR. NEECE, Medical Doctor,

        Defendants

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

    Plaintiff submitted a Motion for Permission to Appeal In Forma Pauperis on April 5, 2006. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
    ___   is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    ___   is not submitted
    ___   is missing affidavit
    X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    X   is missing required financial information
    ___   is missing an original signature by the prisoner

1

    <u>X</u>    is not on proper form (must use the court's current form)
    ___    other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  11  day of        April       , 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court