IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 16 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02532-ZLW

RONALD ANDREW HERNDON,

     Plaintiff,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,
CARY SHAMES, Chief Medical Officer,
CORRECTIONS CORPORATION OF AMERICA (CCA),
CORRECTIONAL MEDICAL SERVICES (CMS),
BENT COUNTY CORRECTIONAL FACILITY (BCCF),
CROWLEY COUNTY CORRECTIONAL FACILITY (CCCF),
DEL LE COUNT, Health Services Administrator,
J. G. SUTTON, Medical Doctor, and
DR. NEECE, Medical Doctor,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

     Plaintiff's request for clarification of the order directing him to cure deficiencies on appeal, which he makes in a document titled "Plea for Instructions" filed on May 15, 2006, is GRANTED. If Plaintiff does not intend to proceed in forma pauperis on appeal, he must pay the entire $255.00 appellate filing fee to the clerk of this Court. Plaintiff shall have **thirty (30) days from the date of this minute order** either to pay the entire $255.00 appellate filing fee or to cure the deficiencies designated in the Court's order to cure deficiencies filed on April 11, 2006.

Dated: May 16, 2006

---

Copies of this Minute Order mailed on May 16, 2006, to the following:

Ronald A. Herndon
Reg. No. 57724
Buena Vista Minimum Center
P.O. Box 2005
Buena Vista, CO 81211

_____
Secretary/Deputy Clerk