Herndon v. Ortiz et al
Case 1:05-cv-02532-ZLW   Document 33   Filed 05/24/2007   Page 1 of 2
Doc. 33

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02532-ZLW

RONALD ANDREW HERNDON,

    Plaintiff,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,
CARY SHAMES, Chief Medical Officer,
CORRECTIONS CORPORATION OF AMERICA (CCA),
CORRECTIONAL MEDICAL SERVICES (CMS),
BENT COUNTY CORRECTIONAL FACILITY (BCCF),
CROWLEY COUNTY CORRECTIONAL FACILITY (CCCF),
DEL LE COUNT, Health Services Administrator,
J. G. SUTTON, Medical Doctor, and
DR. NEECE, Medical Doctor,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 24 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER REINSTATING CASE

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on May 16, 2007, this civil action is reinstated. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on May 16, 2007.

DATED at Denver, Colorado, this 23 day of May, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02532-BNB

Ronald A. Herndon
Prisoner No. 57724
Buena Vista Minumum Ctr.
PO Box 2005
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/24/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk